COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:       In the Interest of J. I. L. and A. V. L., Children

Appellate case number:    01-18-00319-CV

Trial court case number:   2017-01445J

Trial court:                      314th District Court of Harris County

   This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The Clerk of this Court's June 11, 2018 notice warned appellant's counsel that, unless an appellant's brief or an extension request was filed within 10 days, this case was subject to dismissal. On June 21, 2018, appellant's counsel, William M. Thursland, filed an unopposed motion for a first extension of time to file a tardy brief, requesting until July 16, 2018.

   Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017). Here, the notice of appeal was timely filed on April 20, 2018, in the trial court from the April 3, 2018 final decree for termination by appointed counsel for the mother, N.P., setting the 180-day compliance deadline for October 17, 2018. *See* TEX. R. APP. P. 26.1(b). Although appellant's motion is unopposed, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.

   Appellant's counsel contends that an extension is needed because, among other reasons, he has been busy preparing briefs or for trials in several other parental termination cases. Counsel has not listed whether he has already requested an extension for the brief he has due in the other case. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).

   Accordingly, appellant's motion for an extension of time to file appellant's brief is **GRANTED until July 16, 2018, but no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 38.6(d).

   It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

                              ☑ Acting individually     ☐ Acting for the Court

Date: June 21, 2018